## Abrahamson Vorachek & Levinson
### Attorneys at Law

120 North LaSalle Street
Suite 1050
Chicago, Illinois 60602-2490
www.avmlaw.com

VICKI LAFER ABRAHAMSON
DARLENE A. VORACHEK
ROBERTA A. LEVINSON
CAROLINE E. RDZANEK
ALISON ZAMORA
COURTNEY B. SUNDSTROM

March 31, 2015

TELEPHONE (312) 263-2698
TOLL FREE (877) 838-3410
FACSIMILE (312) 419-6770
FAX-EMAIL (312) 376-3578
attorneys@avmlaw.com

**BY E-FILING**

The Honorable Judge Robert M. Dow, Jr.
U.S. District Court for the Northern
 District of Illinois, Eastern Division
219 South Dearborn Street, Room 1919
Chicago, Illinois 60604

    Re:    Demetrius Barwicks v. Thomas Dart, et al.
            No. 14-cv-8791

Your Honor:

    Unfortunately, I must respectfully decline the Court's invitation to represent the Plaintiff in the above-referenced matter. We are a small firm, and we currently have another appointment in our firm which is taking up much of our already limited resources. We simply do not have the means to handle two appointments at the same time. Additionally, I will be out of the office for most of the summer, which also prohibits me from taking on an appointment at this time.

    Thank you for your attention to this matter.

Respectfully,

Vicki Lafer Abrahamson