## COSTELLO, MCMAHON, BURKE & MURPHY, LTD.
*Attorneys at Law*
150 NORTH WACKER DRIVE, SUITE 3050
CHICAGO, IL 60606-1660
(312) 541-9700
FAX (312) 541-0520
Direct (312) 377-5008

ANDREW P. ALLEN
WILLIAM J. BURKE
JAMES P. COSTELLO
RICHARD F. EGAN
DAVID E. GILBRETH
ROBERT J. GLENN
PAUL M. MCMAHON
RICHARD J. MURPHY

OF COUNSEL
THOMAS O. PLOUFF

June 16, 2015

Honorable Robert M. Dow, Jr.
United States District Court
Chicago, IL

Re: Barwicks v. Dart, et al
Court No. 1:14-cv-08971

Dear J. Dow:

Per your Order of June 10, 2015, Dkt. No. 25, I spoke with your Courtroom Deputy, Ms. Hoesly, who advised me to submit this letter.

I respectfully decline your invitation to represent the plaintiff, Demetrius Barwicks, in this matter. I have no familiarity with this type of case involving Section 1983 and have never handled such a case in my 40 years of practice. I also have a personal bias which may well affect my ability to zealously represent the plaintiff.

Very truly yours,

Robert J. Glenn

RJG/se
cc: All counsel of record